**Order entered December 3, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-20-01053-CV**

## IN THE BEST INTEREST AND PROTECTION OF K.G.

**On Appeal from the County Court at Law No. 2**
**Hunt County, Texas**
**Trial Court Cause No. M-11992**

## ORDER

The clerk's record in this priority appeal from the county court's involuntary commitment order is overdue. A past-due notice dated December 2, 2020 mistakenly directed the record be filed within thirty days instead of ten days. Accordingly, we **RESCIND** the notice and **ORDER** Hunt County Clerk Jennifer Lindenzweig to file the clerk's record **no later than December 14, 2020.** As it appears appellant is indigent, the record shall be filed without payment of costs. *See* TEX. R. CIV. P. 145(a).

Appellant's opening brief shall be filed **within fifteen (15) days** after the clerk's record is filed. Appellee's responsive brief shall be filed **within fifteen (15) days** of the filing of appellant's brief.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Lindenzweig and the parties.

/s/    LANA MYERS
        JUSTICE